OPINION — AG — ** TAX LIEN — DELINQUENT — TAX WARRANT ** (1) WHERE THE RECORDATION OF DELINQUENT PERSONAL PROPERTY TAXES IS MADE IN THE PERSONAL TAX LIEN DOCKET IN THE NAME OF A BUILDING INSTEAD OF THE NAME OF THE OWNER OF THE BUILDING WHEN THE OWNER IS AN INDIVIDUAL, THE PERSONAL TAX LIEN IS INVALID BECAUSE THE TERMS OF 68 O.S. 24305 [68-24305], 68 O.S. 24306 [68-24306] CREATING THE LIEN HAVE NOT BEEN MET IN ORDER TO EFFECTUATE THE LIEN. THE DETERMINATION OF WHETHER THE TERMS OF 68 O.S. 24305 [68-24305], 68 O.S. 24306 [68-24306] [68-24306] HAVE BEEN MET IN ORDER TO EFFECTUATE THE LIEN, HOWEVER, MUST BE MADE ON A CASE BY CASE BASIS. FURTHER, ANY FAILURE BY THE COUNTY TREASURER TO PROPERLY FOLLOW THE TERMS OF 68 O.S. 24305 [68-24305], 68 O.S. 24306 [68-24306] [68-24306], HOWEVER, DOES NOT RELEASE OR EXTINGUISH THE OBLIGATION OF THE DELINQUENT TAXPAYER TO PAY THE DELINQUENT PERSONAL PROPERTY TAXES. (2) A TAX WARRANT ISSUED FOR DELINQUENT PERSONAL PROPERTY TAXES MUST BE ISSUE OR DIRECTED AGAINST THE NAME OF THE DELINQUENT TAXPAYER, WHO IS EITHER A PERSON OR LEGAL ENTITY, AND NOT AGAINST THE PROPERTY IN ORDER FOR THE WARRANT TO BE VALID AND ENFORCEABLE. (RECORD, DELINQUENT, TAXPAYER, TAX COLLECTION) CITE: 68 O.S. 24305 [68-24305], 68 O.S. 24306.1 [68-24306.1], ARTICLE V, SECTION 53 (REVENUE AND TAXATION, VALIDITY, PERSONAL PROPERTY TAXES) (ROBERT C. SMITH JR)